```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIRAN VUPPALA,

                Plaintiff,

-against-

1411 BROADWAY GARAGE LLC, a New York limited liability company, d/b/a CITY PARKING, and 1411 IC-SIC Property LLC, a Delaware limited liability company,

                Defendants.

1:22-cv-8821 (MKV)

ORDER OF DISMISSAL

---

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter filed by Plaintiff informing the Court that the parties have reached a settlement in principle [ECF No. 28]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by October 27, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  **September 27, 2023**
       **New York, NY**

                                       */s/ Mary Kay Vyskocil*
                                       **MARY KAY VYSKOCIL**
                                       **United States District Judge**